Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lee D. Saller
Amanda M. Saller
aka Amanda M. Colucci**
  Debtor(s)

Bankruptcy Case No.: 18–21112–JAD
Issued Per May 2, 2019 Proceeding
Chapter: 13
Docket No.: 89 – 67, 69
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 15, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 10, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                 Case No. 18-21112-JAD
Lee D. Saller
Amanda M. Saller                                                       Chapter 13
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 3         Date Rcvd: May 10, 2019
                              Form ID: 149                Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb         +Lee D. Saller,    Amanda M. Saller,    80 Dutch Lane,    Pittsburgh, PA 15236-4325
sp             +Craig L. Fishman,    Shenderovich Shenderovich & Fishman, PC,    1100 Law & Finance Building,
                 429 Fourth Avenue,    Pittsburgh, PA 15219-1500
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,     8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
14797547       +AES,   PO Box 2461,    Harrisburg, PA 17105-2461
14797548       +Allegheny Clinic,    c/o Collection Service Center Inc.,    106 North McKean Street,
                 PO Box 1623,    Butler, PA 16003-1623
14797549       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14797551        Allied Interstate,    300 Corparate Exchange,    Columbus, OH 43218
14797552       +Alltran Financial LP,    PO Box 610,   Sauk Rapids, MN 56379-0610
14797553        Aspen Dental,    P.O. Box 3126,   Syracuse, NY 13220-3126
14797555       +Banfield Pet Hospital,    523 Clairton Blvd,    Pittsburgh, PA 15236-3809
15012826       +Bridgecrest,    PO Box 53087,   Phoenix, AZ 85072-3087
15012827       +Bridgecrest,    7300 East Hampton Avenue,    Mesa, AZ 85209-3324
15031637       +Bridgecrest Credit Company,LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
14797559        CBCS,   PO Box 2724,    Columbus, OH 43216-2724
14797558        CBCS,   PO Box 164059,    Columbus, OH 43216-4059
14797567       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,     363 Vanadium Road, Suite 109,
                 PO Box 13446,    Pittsburgh, PA 15243)
15031638       +Carvana, LLC,    PO BOX 29018,   PHOENIX, AZ 85038-9018
14797561        Chase Amazon,    PO Box 15298,   Wilmington, DE 19850-5298
14797562        Childrens Express Care,    11279 Perry Highway,    Suite 450,   Wexford, PA 15090-9303
14797563        Citizens Bank Credit Card,    PO Box 7092,    Bridgeport, CT 06601-7092
14797564       +Citizens Bank Credit Card,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14797569       +Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
14797574       +Disney Movie Club,    P.O. Box 738,   Neenah, WI 54957-0738
14797575       +Dr. M. Mostourfizadefadeh, MD PC,    PO Box 9078,    Pittsburgh, PA 15224-0078
14999501        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14797577        Greater Washington Radiology,    PO Box 182504,    Columbus, OH 43218-2504
14797578        Home Depot,    c/o Home Depot Credit Services,    PO Box 9001010,   Louisville, KY 40290-1010
14797579       +Jefferson Regional Medical Center,    PO Box 18119,    565 Coal Valley Road,
                 Pittsburgh, PA 15236-0119
14797580       +Legal Tax Services,    714 Lebanon Road,   West Mifflin, PA 15122-1030
14797581       +Macys,   PO Box 8053,    Attn: Bankruptcy,    Mason, OH 45040-8053
14797582        Macys,   c/o Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-4047
14797583       +Marjorie B. Leof, DMD,    55 Old Clairton Road,    Suite 3,   Pittsburgh, PA 15236-3904
14797584       +Med Express Urgent Care,    P.O. Box 719,    Dellslow, WV 26531-0719
15026155       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14797591       +Orkin,   90 W Chestnut Street,    Suite 145UL,    Washington, PA 15301-4549
14797593        PA Turnpike Commision,    c/o Professional Account Management, LLC,    P.O. Box 1153,
                 Milwaukee, WI 53201-1153
14797594       +PA Turnpike Commission,    7631 Derry Street,    Harrisburg, PA 17111-5232
14850923       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14865286       +Pennsylvania American Water,    PO Box 790247,    Alton, IL 63179-0247
14797596       +Peoples Natural Gas Company,    225 North Shore Drive, Suite 300,    Pittsburgh, PA 15212-5860
14825152       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14797597        Quest Diagnostics,    P.O. Box 740717,   Cincinnati, OH 45274-0717
14797598       +South Pgh Anesthesia Assoc,    1699 Washington Road,    Suite 307,   Pittsburgh, PA 15228-1629
14797599       +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14797600       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     PO Box 2730, Mail Stop WF22,
                 Torrance, CA 90509-2730)
14849768       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14797602       +Transworld Systems,    300 Cedar Ridge Drive,    Suite 307,   Pittsburgh, PA 15205-1159
14797603       +Triboro FCU,    617 E. McMurray Road,   Canonsburg, PA 15317-3497
14797604       +UPMC,   PO Box 371472,    Pittsburgh, PA 15250-7472
14867403        UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14797607        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14868866        UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14797614       +WHS Lakeside Primary Care,    PO Box 855,    Washington, PA 15301-0855
14797611       +Washington Health System,    PO Box 16243,    Pittsburgh, PA 15242-0243
14797613        Wells Fargo Bank N.A.,    PO Box 660553,    Dallas, TX 75266-0553
14860697        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

```
District/off: 0315-2           User: jhel                  Page 2 of 3                   Date Rcvd: May 10, 2019
                               Form ID: 149                Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: mjoyce@triboro-fcu.org May 11 2019 02:23:50      Tri Boro Federal Credit Union,
                 600 E. 8th Avenue,    Munhall, PA 15120-1900
14797554       +E-mail/Text: bk@avant.com May 11 2019 02:23:35      Avant,    222 N. LaSalle Street,   Suite 1700,
                 Chicago, IL 60601-1101
14797556        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 11 2019 02:36:01      Capital One Bank*,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14797557        E-mail/PDF: gecsedi@recoverycorp.com May 11 2019 02:35:19      Care Credit/Synchrony Bank,
                 PO Box 965060,    Attn: Bankruptcy,    Orlando, FL 32896-5060
14797565       +E-mail/Text: bankruptcy@firstenergycorp.com May 11 2019 02:23:20      Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
14797571       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 11 2019 02:23:32
                 Credit Management Co,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
14797576       +E-mail/Text: kburkley@bernsteinlaw.com May 11 2019 02:23:46      Duquesne Light,
                 411 Seventh Avenue MD 6-1,    Pittsburgh, PA 15219-1942
14873550       +E-mail/Text: kburkley@bernsteinlaw.com May 11 2019 02:23:46      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14875598        E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2019 02:34:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Avant Loans Funding Grantor,
                 Trust 2016-B,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14870241        E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2019 02:34:57
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14876010        E-mail/PDF: pa_dc_claims@navient.com May 11 2019 02:36:08      NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14797589       +E-mail/Text: egssupportservices@alorica.com May 11 2019 02:23:25      NCO Financial,
                 5 Penn Center West, Suite 100,    Pittsburgh, PA 15276-0126
14797586        E-mail/PDF: pa_dc_claims@navient.com May 11 2019 02:34:56      Navient,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
14797590       +E-mail/Text: electronicbkydocs@nelnet.net May 11 2019 02:23:20      Nelnet,    Attn: Claims,
                 P.O. Box: 82505,    Lincoln, NE 68501-2505
14797592       +E-mail/Text: csc.bankruptcy@amwater.com May 11 2019 02:23:50      PA American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
14857689        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2019 02:58:16
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14797824       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2019 02:58:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14875612       +E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2019 02:35:36
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14877222       +E-mail/Text: bankruptcy@loanpacific.com May 11 2019 02:23:50      Pacific Union Financial, LLC,
                 1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
14876618       +E-mail/PDF: gecsedi@recoverycorp.com May 11 2019 02:34:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14797601        E-mail/PDF: gecsedi@recoverycorp.com May 11 2019 02:34:42      Toys R US,    PO Box 530938,
                 Atlanta, GA 30353-0938
14866139       +E-mail/Text: mjoyce@triboro-fcu.org May 11 2019 02:23:50      Tri Boro Federal Credit Union,
                 600 East 8th Avenue,    Munhall, PA 15120-1900
14824954       +E-mail/Text: electronicbkydocs@nelnet.net May 11 2019 02:23:20      U.S. Department of Education,
                 C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
14797606       +E-mail/Text: BankruptcyNotice@upmc.edu May 11 2019 02:23:37      UPMC,
                 2 Hot Metal Street, Room 386,    Pittsburgh, PA 15203-2348
14797608       +E-mail/Text: BankruptcyNotice@upmc.edu May 11 2019 02:23:37      UPMC Physician Services,
                 1650 Metropolitian Street, 3rd Floor,    Pittsburgh, PA 15233-2213
14869206        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2019 02:36:15      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
14797609        E-mail/PDF: gecsedi@recoverycorp.com May 11 2019 02:35:19      Walmart/Synchrony Bank,
                 PO Box 965060,    Attn: Bankruptcy,    Orlando, FL 32896-5060
14797610       +E-mail/Text: paparalegals@pandf.us May 11 2019 02:23:52      Walmart/Synchrony Bank,
                 c/o Patenaude & Felix, APC,    501 Corporate Drive-Southpointe,    Suite 205,
                 Canonsburg, PA 15317-8584
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bridgecrest Credit Co., LLC
cr              Pacific Union Financial, LLC
cr              Toyota Lease Trust
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14797550*      +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14797560*       CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14797566*      +Collection Service Center,    839 5th Avenue,    New Kensington, PA 15068-6303
```

```
District/off: 0315-2           User: jhel              Page 3 of 3            Date Rcvd: May 10, 2019
                               Form ID: 149            Total Noticed: 84


             ***** BYPASSED RECIPIENTS (continued) *****
14797568*      +Collection Service Center,    839 5th Avenue,    New Kensington, PA 15068-6303
14797570*      +Collection Service Center,    839 5th Avenue,    New Kensington, PA 15068-6303
14797572*      +Credit Management Co,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
14797573*      +Credit Management Co,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
14797588*       Navient,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
14797587*       Navient,    PO Box 9500,    Wilkes Barre, PA 18773-9500
14797605*      +UPMC,    PO Box 371472,    Pittsburgh, PA 15250-7472
14797612*      +Washington Health System,    PO Box 16243,    Pittsburgh, PA 15242-0243
14797585     ##+Michael A. LeDonne DDS, PC,    545 E. Bruceton Road,    Pittsburgh, PA 15236-4593
14797595     ##Pacific Union Financial,    8900 Freeport Pkwy Ste 150,    Irving, TX 75063-2415
                                                                                            TOTALS: 3, * 15, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Amanda M. Saller julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Lee D. Saller julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Marilyn Le Lodico    on behalf of Creditor    Tri Boro Federal Credit Union m.le@brd-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Raymond M Kempinski    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```