IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Lee D. Saller ) | Case No. 18-21112 JAD |
| Amanda M. Saller, ) | Chapter 13 |
|    Debtor(s) ) | Related to Document No. 87 |
| ) | |
| Lee D. Saller, ) | |
|    Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 3971 ) | |
| ) | |
| vs. ) | |
| ) | |
| Meticulous Painting Company, LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
|    Respondent(s) ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 13, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Lee D. Saller  
80 Dutch Lane  
Pittsburgh, PA 15236

Meticulous Painting Company, LLC  
Attn: Payroll  
548 Circle Drive  
Canonsburg, PA 15317

Date of Service:    May 13, 2019    /s/ Kenneth Steidl  
    Kenneth Steidl, Esquire  
    STEIDL & STEINBERG  
    28th Floor, Gulf Tower  
    707 Grant Street  
    Pittsburgh, PA 15219  
    (412) 391-8000  
    PA I.D. 34965