IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Lee D. Saller ) | Case No. 18-21112 JAD |
| Amanda M. Saller, ) | Chapter 13 |
| Debtor(s) ) | Related to Document No. 88 |
| ) | |
| ) | |
| Amanda M. Saller, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 5287 ) | |
| ) | |
| vs. ) | |
| ) | |
| EQT Corporation and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 13, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Amanda M. Saller
80 Dutch Lane
Pittsburgh, PA 15236

EQT Corporation
Attn: Payroll
625 Liberty Avenue, Suite 1700
Pittsburgh, PA 15222

Date of Service:    May 13, 2019

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965