**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-21112-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Lee D. Saller<br>80 Dutch Lane<br>Pittsburgh PA 15236 | Amanda M. Saller<br>80 Dutch Lane<br>Pittsburgh PA 15236 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/02/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 21: Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 | MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6077 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/05/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lee D. Saller
Amanda M. Saller
     Debtors

Case No. 18-21112-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 1      Date Rcvd: Dec 03, 2019
      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.
15026155      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:

    Ann E. Swartz   on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    James Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
    Kenneth Steidl   on behalf of Debtor Lee D. Saller julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
    Kenneth Steidl   on behalf of Joint Debtor Amanda M. Saller julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
    Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
    Kevin Scott Frankel   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al pabk@logs.com
    Marilyn Le Lodico   on behalf of Creditor   Tri Boro Federal Credit Union m.le@brd-law.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Raymond M Kempinski   on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    Robert Shearer   on behalf of Trustee Robert Shearer information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

      TOTAL: 12