**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :
Lee D. Saller                                          :      Case No. 18-21112-JAD
Amanda M. Saller                                       :
                                                       :      Chapter 13
                        Debtor(s)                      :
Ronda J. Winnecour, Trustee                            :
                                                       :      Related to Claim #3-2  and Doc. #103
                Movant(s)                              :
                                                       :
                    vs.                                :
Toyota Lease Trust c/o                                 :
Becket and Lee LLP                                     :      Hearing Date
                                                       :
                Respondent(s)

ORDER

AND NOW, this _____27th_____ day of _____February_____ 2020, it is

ORDERED that Amended Claim 3-2 is DISALLOWED;

IT IS FURTHER ORDERED that no further distributions shall be made on

account of Claim 3-1.

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/27/20 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21112-JAD
Lee D. Saller                                                             Chapter 13
Amanda M. Saller
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam            Page 1 of 1            Date Rcvd: Feb 27, 2020
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db/jdb          +Lee D. Saller,   Amanda M. Saller,   80 Dutch Lane,   Pittsburgh, PA 15236-4325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
          Ann E. Swartz   on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          James  Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          Kenneth  Steidl   on behalf of Debtor Lee D. Saller julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth  Steidl   on behalf of Joint Debtor Amanda M. Saller julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Scott Frankel   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pabk@logs.com
          Marilyn Le Lodico   on behalf of Creditor   Tri Boro Federal Credit Union m.le@brd-law.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Raymond M Kempinski   on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Robert  Shearer   on behalf of Trustee Robert  Shearer information@robertshearer.com,
           rshearer@ecf.axosfs.com;rspclaw@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 12