**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/16/2022

IN RE:

LEE D. SALLER
AMANDA M. SALLER
80 DUTCH LANE
PITTSBURGH, PA 15236
XXX-XX-3971        Debtor(s)

XXX-XX-5287

Case No.18-21112 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/16/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Address | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|---|
| GOLVASH & EPSTEIN LLC FORMERLY BRENNAN | 9 DEWALT AVE, PITTSBURGH, PA 15227 | 1 | 0.00% | | NOTICE ONLY | | 0.00 | TRI BORO FCU/PRAE |
| PEOPLES NATURAL GAS CO LLC* | ATTN BANKRUPTCY DEPARTMENT, 375 NORTH SHORE DR, PITTSBURGH, PA 15212 | 2 | 0.00% | | NOTICE ONLY | | 0.00 | /PRAE |
| MCCABE WEISBERG & CONWAY LLC (FRMLY LA | ATTN. MARISA MYERS COHEN ESQ, 123 SOUTH BROAD ST STE 1400, PHILADELPHIA, PA 19109 | 3 | 0.00% | | NOTICE ONLY | | 0.00 | PACIFIC UNION FNCL/PRAE |
| PLEASANT HILLS BOROUGH (SWG) | C/O LEGAL TAX SERVICE - DLNQ CLLCTR, 714 LEBANON RD, WEST MIFFLIN, PA 15122 | 4 | 10.00% | | SECURED CREDITOR | 9320 | 221.09 | 0471J00123*17/SCH*17-18/PL*$@10%/PL*NTC-RSV |
| MIDFIRST BANK SSB* | ATTN BANKRUPTCY TRUSTEE PMTS*, 999 NW GRAND BLVD STE 100, OKLAHOMA CITY, OK 73118 | 5 | 0.00% | 21 | MORTGAGE REGULAR PAYMEN | 0660 | 0.00 | PMT/DECL*DKT4LMT*FR PACIFIC UNION-DOC 78*FR NATIONSTAR-DOC 100 |
| TRI BORO FEDERAL CREDIT UNION* | 600 E 8TH AVE, HOMESTEAD, PA 15120-1806 | 6 | 8.04% | 8 | VEHICLE | 7560 | 6,929.45 | $CL-PL@8.04%*910/PL |
| ECMC(*) | LOCKBOX #8682, PO BOX 16478, ST PAUL, MN 55116-0478 | 7 | 0.00% | 4-2 | UNSECURED CREDITOR | 3971 | 10,288.98 | 9846/SCH*FR PNC/PHEAA-DOC 62*AMD |
| ALLEGHENY CLINIC RADIOLOGY | PO BOX 1198, SOMERSET, PA 15501 | 8 | 0.00% | | UNSECURED CREDITOR | 0ALL | 0.00 | NT ADR/SCH |
| ALLEGHENY HEALTH NETWORK | PO BOX 645266, PITTSBURGH, PA 15264-5266 | 9 | 0.00% | | UNSECURED CREDITOR | 5900 | 0.00 | 5900~7876/SCH |
| ALLEGHENY HEALTH NETWORK | PO BOX 645266, PITTSBURGH, PA 15264-5266 | 10 | 0.00% | | UNSECURED CREDITOR | 7876 | 0.00 | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ASPEN DENTAL**<br>POB 3189<br>SYRACUSE, NY 13220-3189 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2625 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 18,028.04<br>COMMENT: AVANT/WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4326 |
| **BANFIELD PET HOSPITAL**<br>PO BOX 87586<br>VANCOUVER, WA 98687-7586 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,300.98<br>COMMENT: NO ACCT/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8427 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 754.51<br>COMMENT: SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7066 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JEFFERSON RGNL MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4057 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WHS LAKESIDE PRIMARY CARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1002 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMAZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3138 |
| **CITIZENS BANK(\*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~GREATER WSHNGTN RDLGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |

| Creditor | Claim Info | Account Info |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~WHS LAKESIDE PRIMARY CARE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~CHILDRENS EXPRESS CARE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1002 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1002 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~WASHINGTON HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4003 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  UPMC PHYSCN SVCS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2986 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  UPMC PHYSCN SVCS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2985 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7679 |
| **DISNEY MOVIE CLUB**<br>POB 758<br>NEENAH, WI  54957-1008 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0522 |
| **DR M MOSTOURFIZADEFADEH MD PC**<br>PO BOX 9078<br>PITTSBURGH, PA  15224 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0742 |

| Creditor | Trustee/Court Claim | Creditor Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 772.51 <br> COMMENT: 0000/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2083 |
| **PYOD LLC - ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 19008 <br> GREENVILLE, SC 29602 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 2,356.95 <br> COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3829 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS** <br> C/O NCO FINANCIAL SYSTEMS INC <br> PO BOX 4275 <br> NORCROSS, GA 30091 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0800 |
| **MARJORIE LEOF DMD** <br> 55 OLD CLAIRTON RD <br> PITTSBURGH, PA 15236 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7800 |
| **MED EXPRESS BILLING** <br> POB 719 <br> DELLSLOW, WV 26531 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **MICHAEL LEDONNE DDS PC** <br> 545 E BRUCETON RD <br> PITTSBURGH, PA 15236 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION** <br> C/O NELNET <br> PO BOX 2837 <br> PORTLAND, OR 97208 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: 1-2 <br> CLAIM: 37,641.87 <br> COMMENT: NAVIENT~7306/SCH*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5287 |
| **NAVIENT PC TRUST** <br> C/O NAVIENT SOLUTIONS INC <br> PO BOX 9000 <br> WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 7,687.13 <br> COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5287 |
| **NAVIENT PC TRUST** <br> C/O NAVIENT SOLUTIONS INC <br> PO BOX 9000 <br> WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 17 <br> CLAIM: 2,468.34 <br> COMMENT: 7306/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5287 |
| **NCO FINANCIAL**++ <br> PO BOX 15273 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1985 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7510 |
| **ORKIN**<br>C/O NATIONWIDE RECOVERY SER.<br>P.O. BOX 724746<br>ATLANTA, GA 30339 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9270 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 29.23<br>COMMENT: 7849/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2588 |
| **PA TURNPIKE COMMISSION**<br>TOLLS/E-Z PASS VIOLATIONS OFFC<br>POB 67676<br>HARRISBURG, PA 17107-7676 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1604 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 757.84<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7480 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINNATI, OH 45274 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4319 |
| **SOUTH PITTSBURGH ANESTHESIA ASSOCIATES**<br>1699 WASHINGTON RD STE 307<br>PITTSBURGH, PA 15228-1629 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7875 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AHN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **TOYS "R" US++**<br>DEPT T5CKS<br>1 GEOFFREY WAY<br>WAYNE, NJ 07470-2035 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0703 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 608.49<br>COMMENT: 3531/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5287 |

| Creditor | Trustee Claim Info | Credit Description |
|---|---|---|
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,506.49<br>COMMENT: 2391/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5287 |
| **UNIVERSITY OF PITTSBURGH PHYSICIANS**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 5,475.76<br>COMMENT: WALMART/GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7768 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA 15301 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0853 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA 15301 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9270 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 5,672.82<br>COMMENT: UNSEC/OE*W/65*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1707 |
| **ALLIED INTERSTATE INC**<br>12755 HWY 55<br>STE 300<br>MINNEAPOLIS, MN 55441-4676 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLTRAN FINANCIAL LP**<br>PO BOX 4044<br>CONCORD, CA 94524-4044 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CHILDRENS EXPRESS CARE**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA 15090 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GREATER WASHINGTON RADIOLOGY**<br>POB 182504<br>COLUMBUS, OH 43218-2504 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **JEFFERSON REGIONAL MED CNTR**<br>POB 18199<br>PITTSBURGH, PA  15236-0119 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br>WILMINGTON, DE  19850 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TOYOTA LEASE TRUST**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 3,935.35<br>COMMENT: NO MORE DIST/OE*RS/OE*AMD CL=0*W/74 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: G443 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~JAMIE SZULKOWSKI/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 0.00<br>COMMENT: UNSEC/OE @ CID 56*NO SEC/SCH-PL*W/56*AMD*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1707 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 116.31<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 7,288.91<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5287 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 68  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 2,389.82<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5287 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 69  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 244.57<br>COMMENT: $/CL-PL*FR PACIFIC UNION-DOC 78*FR NATIONSTAR-DOC 100 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0660 |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 70  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **CARVANA LLC** <br> PO BOX 29018 <br><br> PHOENIX, AZ 85038 | Trustee Claim Number:71  INT %:  0.00% <br> Court Claim Number:22 <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/PL-CL*447 X (47+2 REM)=LMT*BGN 4/19 | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  7601 |
| **BRIAN C NICHOLAS ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA 19106 | Trustee Claim Number:72  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  TOYOTA LEASE TRUST/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **CARVANA LLC** <br> PO BOX 29018 <br><br> PHOENIX, AZ 85038 | Trustee Claim Number:73  INT %:  0.00% <br> Court Claim Number:23 <br><br> CLAIM:  0.00 <br> COMMENT:  DUPLICATES CL 22~DFCTV CL | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  7601 |
| **TOYOTA LEASE TRUST** <br> C/O BECKET & LEE LLP <br> PO BOX 3001 <br><br> MALVERN, PA 19355-0701 | Trustee Claim Number:74  INT %:  0.00% <br> Court Claim Number:3-2 <br><br> CLAIM:  0.00 <br> COMMENT:  DISALLOWD/OE*5393.74/CL*LEASE DFNCY BAL*AMD*W/63 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6443 |