UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  LEE D. SALLER<br>AMANDA M. SALLER<br>             Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>             Movant<br>             vs.<br>  LEE D. SALLER<br>AMANDA M. SALLER<br><br>             Respondents | Case No. 18-21112JAD<br><br><br>Chapter 13<br><br><br> Related to<br>Document No.   118   |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this   16th   day of   May  , 20 23, it is hereby ORDERED, ADJUDGED, and DECREED that,

Eqt Corp
Attn: Payroll Manager
625 Liberty Ave Ste 1700
Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of AMANDA M. SALLER, social security number XXX-XX-5287. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of AMANDA M. SALLER.

BY THE COURT:

/s/ sjk

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
5/16/23 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21112-JAD |
| Lee D. Saller | Chapter 13 |
| Amanda M. Saller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lee D. Saller, Amanda M. Saller, 80 Dutch Lane, Pittsburgh, PA 15236-4325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al logsecf@logs.com |
| Kenneth Steidl | |
| | on behalf of Debtor Lee D. Saller julie.steidl@steidl-steinberg.com |
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Amanda M. Saller julie.steidl@steidl-steinberg.com |
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Keri P. Ebeck | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, logsecf@logs.com

Marilyn Le Lodico
    on behalf of Creditor Tri Boro Federal Credit Union mlodico@sitkobruno.com

Marisa Myers Cohen
    on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13