IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| LEE D. SALLER | ) | Case No. 18-21112 JAD |
| AMANDA M. SALLER | ) | Chapter 13 |
| AKA AMANDA M. COLUCCI, | ) | Related Docket No. 125 |
| *Debtor(s)* | ) | |
| | ) | |
| LEE D. SALLER | ) | |
| AMANDA M. SALLER | ) | |
| AKA AMANDA M. COLUCCI, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE | ) | |
| *Respondents* | ) | |

**<u>REPORT OF FINANCING</u>**

AND NOW, come the Debtors, Lee D. Saller and Amanda M. Saller, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1.    On June 20, 2023, this Honorable Court entered an order at Docket No.125, approving the Debtors request to finance a new vehicle

2.    The Debtors purchased a 2012 Ford Edge from Woltz Wind Ford.

3.    The Debtors obtained financing through Clearview Federal Credit Union.

4.    The amount of the loan was for $12,561.97 with an interest rate of 18%.

5.    The monthly loan payment $424.00 for 48 months.

6.      The Debtors are not required to file an amended plan to include the

payment of loan as their Chapter 13 plan is now completed.

WHEREFORE, the Debtors, Lee D. Saller and Amanda M. Saller, respectfully

file this Report of Financing.

Respectfully submitted,


July 5, 2023                              /s/ Kenneth Steidl
DATE                                     Kenneth Steidl, Esquire
                                         Attorney for the Debtor(s)

                                         STEIDL & STEINBERG
                                         Suite 2830 – Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         ken.steidl@steidl-steinberg.com
                                         PA I.D. No. 34965