IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | | |
| Lee D. Saller ) | Case No. 18-21112 JAD | |
| Amanda M. Saller ) | | |
|     Debtor ) | Chapter 13 | |
| ) | | |
| Steidl and Steinberg, P.C. ) | Related to ECF 130 | |
|     Applicant ) | Hearing: September 13, 2023 at 10 a.m. | |
| ) | | |
| vs. ) | | |
| ) | **DEFAULT O/E JAD** | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | | |
| Trustee, AES, Allegheny Clinic, AHN, Allied Intestate, ) | | |
| Alltran Financial, Aspen Dental, Avant, Banfield Pet ) | | |
| Hospital, Bridgecrest, , CBCS, Capital One Bank, Care ) | | |
| Credit/Synchrony Bank/Walmart, Carvana, JP Morgan ) | | |
| Chase Bank, Childrens Express Care, Citizens Bank ) | | |
| Credit Card, Collection Service Center, Credit ) | | |
| Management Co., Disney Movie Club, Dr. ) | | |
| Mostourfizadefadeh MD, Duquesne Light Co., ECMC, ) | | |
| Greater Washington Radiology, Home Dept, JRMC, ) | | |
| LVNV Funding, Legal Tax Services, DSNB Macy's, ) | | |
| Med Express Urgent Care, MidFirst Bank, Navient PC ) | | |
| Trust, NCO Financial, NationStar Mortgage, Nelnet, ) | | |
| Orkin, PA American Water, PA Turnpike Commission, ) | | |
| PHEAA, PRA Receivables Management, PYOD LLC, ) | | |
| Pacific Union Financial, PA Dept. of Revenue, Peoples ) | | |
| Natural Gas Co., Portfolio Recovery Assoc., Quest ) | | |
| Diagnostics, South Pgh Anesthesia Assoc., State ) | | |
| Collection Services, Toyota Motor Credit, Toyota Lease ) | | |
| Trust, Toys R Us, Transworld Systems, Tri Boro FCU, ) | | |
| US Dept. of Education, UPMC, UPMC Health Services, ) | | |
| UPMC Physician Services, Verizon, WHS Lakeside ) | | |
| Primary Care, Washington Health System, Wells Fargo ) | | |
| Bank, ) | | |
|     Respondents ) | | |

**<u>ORDER OF COURT</u>**

AND NOW, to-wit this 6th day of September, 2023, after consideration of the

Application for Final Compensation by Counsel for Debtors it is hereby ORDERED,

ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $6,255.00 for work performed in the Chapter 13 case by Debtors' counsel from October 9, 2017, to August 17, 2023.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $335.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $1,335.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $2,665.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $10,255.00, with the total to be paid through the Plan by the Trustee being up to $8,920.00 (representing the $2,665.00 previously approved to be paid (as set forth above), $2,000.00 confirmed as part of the amended plan dated March 15, 2019 (found at docket no. 67) and confirmed on May 10, 2019 (at docket no. 89) and a remaining amount up to $4,255.00 to be paid from funds the Chapter 13 Trustee has on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $6,255.00

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

FILED
9/6/23 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21112-JAD |
| Lee D. Saller | Chapter 13 |
| Amanda M. Saller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lee D. Saller, Amanda M. Saller, 80 Dutch Lane, Pittsburgh, PA 15236-4325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al logsecf@logs.com |
| Kenneth Steidl | on behalf of Debtor Lee D. Saller julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Amanda M. Saller julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, logsecf@logs.com

Marilyn Le Lodico
    on behalf of Creditor Tri Boro Federal Credit Union mlodico@sitkobruno.com

Marisa Myers Cohen
    on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13