**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lee D. Saller**
**Amanda M. Saller**
**aka Amanda M. Colucci**
   Debtor(s)

Bankruptcy Case No.: 18−21112−JAD
Related to Doc. #139
Chapter: 13
Docket No.: 142 − 139

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of October, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/11/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/20/23 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/11/23.**

                                                   <u>Jeffery A. Deller</u>
                                                   United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lee D. Saller  
Amanda M. Saller  
    Debtors

Case No. 18-21112-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Oct 27, 2023      Form ID: 408      Total Noticed: 86

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee D. Saller, Amanda M. Saller, 80 Dutch Lane, Pittsburgh, PA 15236-4325 |
| sp | + | Craig L. Fishman, Shenderovich Shenderovich & Fishman, PC, 1100 Law & Finance Building, 429 Fourth Avenue, Pittsburgh, PA 15219-1500 |
| 14797548 | + | Allegheny Clinic, c/o Collection Service Center Inc., 106 North McKean Street, PO Box 1623, Butler, PA 16003-1623 |
| 14797551 | | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14797553 | | Aspen Dental, P.O. Box 3126, Syracuse, NY 13220-3126 |
| 14797555 | + | Banfield Pet Hospital, 523 Clairton Blvd, Pittsburgh, PA 15236-3809 |
| 14797567 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 363 Vanadium Road, Suite 109, PO Box 13446, Pittsburgh, PA 15243 |
| 14797562 | | Childrens Express Care, 11279 Perry Highway, Suite 450, Wexford, PA 15090-9303 |
| 14797563 | | Citizens Bank Credit Card, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14797564 | + | Citizens Bank Credit Card, 1000 Lafayette Blvd, Bridgeport, CT 06604-4728 |
| 14797574 | + | Disney Movie Club, P.O. Box 738, Neenah, WI 54957-0738 |
| 14797575 | + | Dr. M. Mostourfizadefadeh, MD PC, PO Box 9078, Pittsburgh, PA 15224-0078 |
| 14797577 | | Greater Washington Radiology, PO Box 182504, Columbus, OH 43218-2504 |
| 14797579 | + | Jefferson Regional Medical Center, PO Box 18119, 565 Coal Valley Road, Pittsburgh, PA 15236-0119 |
| 14797580 | + | Legal Tax Services, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14797583 | + | Marjorie B. Leof, DMD, 55 Old Clairton Road, Suite 3, Pittsburgh, PA 15236-3904 |
| 14797584 | + | Med Express Urgent Care, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14797585 | + | Michael A. LeDonne DDS, PC, 545 E. Bruceton Road, Pittsburgh, PA 15236-4593 |
| 14797591 | + | Orkin, 90 W Chestnut Street, Suite 145UL, Washington, PA 15301-4549 |
| 14797593 | | PA Turnpike Commision, c/o Professional Account Management, LLC, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14797595 | | Pacific Union Financial, 8900 Freeport Pkwy Ste 150, Irving, TX 75063-2415 |
| 14865286 | + | Pennsylvania American Water, PO Box 790247, Alton, IL 63179-0247 |
| 14797596 | + | Peoples Natural Gas Company, 225 North Shore Drive, Suite 300, Pittsburgh, PA 15212-5861 |
| 14797597 | | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14797598 | + | South Pgh Anesthesia Assoc, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14797603 | + | Triboro FCU, 617 E. McMurray Road, Canonsburg, PA 15317-3497 |
| 14797607 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14797614 | + | WHS Lakeside Primary Care, PO Box 855, Washington, PA 15301-0855 |
| 14797611 | + | Washington Health System, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 14797613 | | Wells Fargo Bank N.A., PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2023 00:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 408 | Total Noticed: 86 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: mjoyce@triboro-fcu.org | Oct 28 2023 00:04:00 | Tri Boro Federal Credit Union, 600 E. 8th Avenue, Munhall, PA 15120-1900 |
| 14797547 | + | Email/Text: bncnotifications@pheaa.org | Oct 28 2023 00:03:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14797549 | ^ | MEBN | Oct 27 2023 23:58:16 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14797554 | + | Email/Text: bk@avant.com | Oct 28 2023 00:04:00 | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15012826 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2023 00:04:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15012827 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2023 00:04:00 | Bridgecrest, 7300 East Hampton Avenue, Mesa, AZ 85209-3324 |
| 15031637 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2023 00:04:00 | Bridgecrest Credit Company,LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14797559 | ^ | MEBN | Oct 27 2023 23:56:55 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14797558 | | Email/Text: CBCSMail@CBCSNational.com | Oct 28 2023 00:04:00 | CBCS, PO Box 164059, Columbus, OH 43216-4059 |
| 14797556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:14:07 | Capital One Bank*, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14797557 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:14:13 | Care Credit/Synchrony Bank, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15031638 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2023 00:04:00 | Carvana, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14797565 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2023 00:04:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797569 | ^ | MEBN | Oct 27 2023 23:58:04 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14797571 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 28 2023 00:04:00 | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14797581 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:14:19 | Macys, PO Box 8053, Attn: Bankruptcy, Mason, OH 45040 |
| 14797576 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2023 00:04:00 | Duquesne Light, 411 Seventh Avenue MD 6-1, Pittsburgh, PA 15219-1942 |
| 14873550 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2023 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14999501 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 28 2023 00:03:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14797578 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:13:51 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14797561 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2023 00:13:55 | Chase Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 14875598 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:02:46 | LVNV Funding, LLC its successors and assigns as, assignee of Avant Loans Funding Grantor, Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14870241 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:13:45 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797582 | | Email/Text: mediamanagers@clientservices.com | Oct 28 2023 00:03:00 | Macys, c/o Client Services, 3451 Harry Truman Blvd, Saint Charles, MO 63301-4047 |

Case 18-21112-JAD    Doc 143    Filed 10/29/23    Entered 10/30/23 00:25:43    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 408 | Total Noticed: 86 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15165727 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 28 2023 00:01:42 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14876010 | | Email/PDF: pa_dc_claims@navient.com | Oct 28 2023 00:02:49 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14797589 | + | Email/Text: egssupportservices@alorica.com | Oct 28 2023 00:04:00 | NCO Financial, 5 Penn Center West, Suite 100, Pittsburgh, PA 15276-0126 |
| 15026155 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2023 00:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14797586 | | Email/PDF: pa_dc_claims@navient.com | Oct 28 2023 00:13:59 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797590 | | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2023 00:04:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14797592 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 28 2023 00:04:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14850923 | + | Email/Text: bncnotifications@pheaa.org | Oct 28 2023 00:03:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14857689 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2023 00:02:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14797824 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2023 00:13:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14875612 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:13:51 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14877222 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2023 00:03:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14825152 | + | Email/Text: ebnpeoples@grblaw.com | Oct 28 2023 00:03:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14797599 | | Email/Text: amieg@stcol.com | Oct 28 2023 00:03:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14876618 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2023 00:13:51 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14797600 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 28 2023 00:03:00 | Toyota Financial Services, PO Box 2730, Mail Stop WF22, Torrance, CA 90509-2730 |
| 14849768 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 28 2023 00:03:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15112130 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2023 00:13:59 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14797601 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:02:14 | Toys R US, PO Box 530938, Atlanta, GA 30353-0938 |
| 14797602 | | ^ MEBN | Oct 27 2023 23:58:07 | Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14866139 | + | Email/Text: mjoyce@triboro-fcu.org | Oct 28 2023 00:04:00 | Tri Boro Federal Credit Union, 600 East 8th Avenue, Munhall, PA 15120-1900 |
| 14824954 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2023 00:04:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14797604 | | ^ MEBN | Oct 27 2023 23:57:31 | UPMC, PO Box 371472, Pittsburgh, PA |

Case 18-21112-JAD  Doc 143  Filed 10/29/23  Entered 10/30/23 00:25:43  Desc
Imaged Certificate of Notice  Page 5 of 6

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 408 | Total Noticed: 86 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15250-7472 |
| 14797606 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 28 2023 00:04:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14867403 | | Email/Text: BNCnotices@dcmservices.com | Oct 28 2023 00:03:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14868866 | | Email/Text: BNCnotices@dcmservices.com | Oct 28 2023 00:03:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14797608 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 28 2023 00:04:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14869206 | | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2023 00:01:48 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14797609 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:02:41 | Walmart/Synchrony Bank, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14797610 | + | Email/Text: paparalegals@pandf.us | Oct 28 2023 00:04:00 | Walmart/Synchrony Bank, c/o Patenaude & Felix, APC, 501 Corporate Drive-Southpointe, Suite 205, Canonsburg, PA 15317-8584 |
| 14860697 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 28 2023 00:14:11 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 56

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bridgecrest Credit Co., LLC |
| cr | | MIDFIRST BANK |
| cr | | MidFirst BAnk |
| cr | | Pacific Union Financial, LLC |
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14797550 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14797560 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14797566 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797568 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797570 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797572 | *+ | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14797573 | *+ | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14797588 | * | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797587 | * | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797605 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14797612 | *+ | Washington Health System, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 14797552 | ##+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 14797594 | ##+ | PA Turnpike Commission, 7631 Derry Street, Harrisburg, PA 17111-5232 |

TOTAL: 5 Undeliverable, 16 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 408 | Total Noticed: 86 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al logsecf@logs.com |
| Kenneth Steidl | on behalf of Joint Debtor Amanda M. Saller julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Lee D. Saller julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com, logsecf@logs.com |
| Marilyn Le Lodico | on behalf of Creditor Tri Boro Federal Credit Union mlodico@sitkobruno.com |
| Marisa Myers Cohen | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Raymond M Kempinski | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 14