**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LEE D. SALLER<br>AMANDA M. SALLER<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-21112 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| October 25, 2023 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/23/2018 and confirmed on 6/8/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 142,771.75 |
| Less Refunds to Debtor | 592.45 | |
| TOTAL AMOUNT OF PLAN FUND | | 142,179.30 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,920.00 | |
|   Trustee Fee | 6,558.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,478.53 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 74,077.27 | 0.00 | 74,077.27 |
|     Acct: 0660 | | | | |
|   MIDFIRST BANK SSB* | 244.57 | 244.57 | 0.00 | 244.57 |
|     Acct: 0660 | | | | |
|   PLEASANT HILLS BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9320 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1707 | | | | |
|   TRI BORO FEDERAL CREDIT UNION* | 6,929.45 | 6,929.45 | 898.85 | 7,828.30 |
|     Acct: 7560 | | | | |
| | | | | 82,150.14 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEE D. SALLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEE D. SALLER | 592.45 | 592.45 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,665.00 | 2,665.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 6,255.00 | 6,255.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX7/23 | | | | |
|   TOYOTA LEASE TRUST | 3,935.35 | 3,935.35 | 0.00 | 3,935.35 |
|     Acct: G443 | | | | |
|   CARVANA LLC | 0.00 | 22,350.00 | 0.00 | 22,350.00 |
|     Acct: 7601 | | | | |
|   CARVANA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7601 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 344.37 | 344.37 | 0.00 | 344.37 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXSWG) | | | | |
| | | | | 26,629.72 |
| **Unsecured** | | | | |
|   ECMC(*) | 10,288.98 | 1,753.65 | 0.00 | 1,753.65 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3971 | | | | |
| | ALLEGHENY CLINIC RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0ALL | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5900 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7876 | | | | |
| | ASPEN DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2625 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 18,028.04 | 3,072.70 | 0.00 | 3,072.70 |
| | Acct: 4326 | | | | |
| | BANFIELD PET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,300.98 | 221.74 | 0.00 | 221.74 |
| | Acct: 8427 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 754.51 | 128.60 | 0.00 | 128.60 |
| | Acct: 7066 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4057 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1002 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3138 | | | | |
| | CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1002 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1002 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4003 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2986 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2985 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7679 | | | | |
| | DISNEY MOVIE CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0522 | | | | |
| | DR M MOSTOURFIZADEFADEH MD PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0742 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 772.51 | 131.67 | 0.00 | 131.67 |
| | Acct: 2083 | | | | |
| | PYOD LLC - ASSIGNEE | 2,356.95 | 401.72 | 0.00 | 401.72 |
| | Acct: 3829 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0800 | | | | |
| | MARJORIE LEOF DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7800 | | | | |
| | MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MICHAEL LEDONNE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | US DEPARTMENT OF EDUCATION | 37,641.87 | 6,415.68 | 0.00 | 6,415.68 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5287 | | | | |
| | NAVIENT PC TRUST | 7,687.13 | 1,310.19 | 0.00 | 1,310.19 |
| | Acct: 5287 | | | | |
| | NAVIENT PC TRUST | 2,468.34 | 420.70 | 0.00 | 420.70 |
| | Acct: 5287 | | | | |
| | NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1985 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7510 | | | | |
| | ORKIN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9270 | | | | |
| | PA AMERICAN WATER(*) AKA AMERICAN W | 29.23 | 4.98 | 0.00 | 4.98 |
| | Acct: 2588 | | | | |
| | PA TURNPIKE COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1604 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 757.84 | 129.17 | 0.00 | 129.17 |
| | Acct: 7480 | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4319 | | | | |
| | SOUTH PITTSBURGH ANESTHESIA ASSO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7875 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0004 | | | | |
| | TOYS "R" US++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0703 | | | | |
| | UPMC PHYSICIAN SERVICES | 608.49 | 103.71 | 0.00 | 103.71 |
| | Acct: 5287 | | | | |
| | UPMC HEALTH SERVICES | 1,506.49 | 256.77 | 0.00 | 256.77 |
| | Acct: 5287 | | | | |
| | UNIVERSITY OF PITTSBURGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 5,475.76 | 933.29 | 0.00 | 933.29 |
| | Acct: 7768 | | | | |
| | WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0853 | | | | |
| | WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9270 | | | | |
| | WELLS FARGO BANK NA | 5,672.82 | 966.88 | 0.00 | 966.88 |
| | Acct: 1707 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 116.31 | 19.82 | 0.00 | 19.82 |
| | Acct: 0001 | | | | |
| | NAVIENT PC TRUST | 7,288.91 | 1,242.32 | 0.00 | 1,242.32 |
| | Acct: 5287 | | | | |
| | NAVIENT PC TRUST | 2,389.82 | 407.32 | 0.00 | 407.32 |
| | Acct: 5287 | | | | |
| | TOYOTA LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6443 | | | | |
| | GOLVASH & EPSTEIN LLC FORMERLY BRI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLIED INTERSTATE INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | ALLTRAN FINANCIAL LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREATER WASHINGTON RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON REGIONAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 17,920.91 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 126,700.77 |
| TOTAL CLAIMED | | |
| PRIORITY | 4,279.72 | |
| SECURED | 7,174.02 | |
| UNSECURED | 105,144.98 | |

Date: 10/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LEE D. SALLER
AMANDA M. SALLER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-21112 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21112-JAD |
| Lee D. Saller | Chapter 13 |
| Amanda M. Saller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 86 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee D. Saller, Amanda M. Saller, 80 Dutch Lane, Pittsburgh, PA 15236-4325 |
| sp | | Craig L. Fishman, Shenderovich Shenderovich & Fishman, PC, 1100 Law & Finance Building, 429 Fourth Avenue, Pittsburgh, PA 15219-1500 |
| 14797548 | + | Allegheny Clinic, c/o Collection Service Center Inc., 106 North McKean Street, PO Box 1623, Butler, PA 16003-1623 |
| 14797551 | | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14797553 | | Aspen Dental, P.O. Box 3126, Syracuse, NY 13220-3126 |
| 14797555 | + | Banfield Pet Hospital, 523 Clairton Blvd, Pittsburgh, PA 15236-3809 |
| 14797567 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 363 Vanadium Road, Suite 109, PO Box 13446, Pittsburgh, PA 15243 |
| 14797562 | | Childrens Express Care, 11279 Perry Highway, Suite 450, Wexford, PA 15090-9303 |
| 14797563 | | Citizens Bank Credit Card, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14797564 | + | Citizens Bank Credit Card, 1000 Lafayette Blvd, Bridgeport, CT 06604-4728 |
| 14797574 | + | Disney Movie Club, P.O. Box 738, Neenah, WI 54957-0738 |
| 14797575 | + | Dr. M. Mostourfizadefadeh, MD PC, PO Box 9078, Pittsburgh, PA 15224-0078 |
| 14797577 | | Greater Washington Radiology, PO Box 182504, Columbus, OH 43218-2504 |
| 14797579 | + | Jefferson Regional Medical Center, PO Box 18119, 565 Coal Valley Road, Pittsburgh, PA 15236-0119 |
| 14797580 | + | Legal Tax Services, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14797583 | + | Marjorie B. Leof, DMD, 55 Old Clairton Road, Suite 3, Pittsburgh, PA 15236-3904 |
| 14797584 | + | Med Express Urgent Care, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14797585 | + | Michael A. LeDonne DDS, PC, 545 E. Bruceton Road, Pittsburgh, PA 15236-4593 |
| 14797591 | + | Orkin, 90 W Chestnut Street, Suite 145UL, Washington, PA 15301-4549 |
| 14797593 | | PA Turnpike Commision, c/o Professional Account Management, LLC, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14797595 | | Pacific Union Financial, 8900 Freeport Pkwy Ste 150, Irving, TX 75063-2415 |
| 14865286 | + | Pennsylvania American Water, PO Box 790247, Alton, IL 63179-0247 |
| 14797596 | + | Peoples Natural Gas Company, 225 North Shore Drive, Suite 300, Pittsburgh, PA 15212-5861 |
| 14797597 | | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14797598 | + | South Pgh Anesthesia Assoc, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14797603 | + | Triboro FCU, 617 E. McMurray Road, Canonsburg, PA 15317-3497 |
| 14797607 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14797614 | + | WHS Lakeside Primary Care, PO Box 855, Washington, PA 15301-0855 |
| 14797611 | + | Washington Health System, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 14797613 | | Wells Fargo Bank N.A., PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2023 00:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: mjoyce@triboro-fcu.org | Oct 28 2023 00:04:00 | Tri Boro Federal Credit Union, 600 E. 8th Avenue, Munhall, PA 15120-1900 |
| 14797547 | + | Email/Text: bncnotifications@pheaa.org | Oct 28 2023 00:03:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14797549 | ^ | MEBN | Oct 27 2023 23:58:12 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14797554 | + | Email/Text: bk@avant.com | Oct 28 2023 00:04:00 | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15012826 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2023 00:04:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15012827 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2023 00:04:00 | Bridgecrest, 7300 East Hampton Avenue, Mesa, AZ 85209-3324 |
| 15031637 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2023 00:04:00 | Bridgecrest Credit Company,LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14797559 | ^ | MEBN | Oct 27 2023 23:56:55 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14797558 | | Email/Text: CBCSMail@CBCSNational.com | Oct 28 2023 00:04:00 | CBCS, PO Box 164059, Columbus, OH 43216-4059 |
| 14797556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:01:50 | Capital One Bank*, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14797557 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:13:51 | Care Credit/Synchrony Bank, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15031638 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2023 00:04:00 | Carvana, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14797565 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2023 00:04:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797569 | ^ | MEBN | Oct 27 2023 23:58:06 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14797571 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 28 2023 00:04:00 | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14797581 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:14:11 | Macys, PO Box 8053, Attn: Bankruptcy, Mason, OH 45040 |
| 14797576 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2023 00:04:00 | Duquesne Light, 411 Seventh Avenue MD 6-1, Pittsburgh, PA 15219-1942 |
| 14873550 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2023 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14999501 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 28 2023 00:03:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14797578 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:02:21 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14797561 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2023 00:02:41 | Chase Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 14875598 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:02:18 | LVNV Funding, LLC its successors and assigns as, assignee of Avant Loans Funding Grantor, Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14870241 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:01:48 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797582 | | Email/Text: mediamanagers@clientservices.com | Oct 28 2023 00:03:00 | Macys, c/o Client Services, 3451 Harry Truman Blvd, Saint Charles, MO 63301-4047 |

Case 18-21112-JAD  Doc 144  Filed 10/29/23  Entered 10/30/23 00:25:43  Desc
Imaged Certificate of Notice   Page 9 of 11

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 86 |

| | | | | |
|---|---|---|---|---|
| 15165727 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 28 2023 00:01:40 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14876010 | | Email/PDF: pa_dc_claims@navient.com | Oct 28 2023 00:14:03 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14797589 | + | Email/Text: egssupportservices@alorica.com | Oct 28 2023 00:04:00 | NCO Financial, 5 Penn Center West, Suite 100, Pittsburgh, PA 15276-0126 |
| 15026155 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2023 00:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14797586 | | Email/PDF: pa_dc_claims@navient.com | Oct 28 2023 00:02:43 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797590 | | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2023 00:04:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14797592 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 28 2023 00:04:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14850923 | + | Email/Text: bncnotifications@pheaa.org | Oct 28 2023 00:03:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14857689 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2023 00:01:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14797824 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2023 00:13:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14875612 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:02:18 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14877222 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2023 00:03:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14825152 | + | Email/Text: ebnpeoples@grblaw.com | Oct 28 2023 00:03:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14797599 | | Email/Text: amieg@stcol.com | Oct 28 2023 00:03:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14876618 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2023 00:02:46 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14797600 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 28 2023 00:03:00 | Toyota Financial Services, PO Box 2730, Mail Stop WF22, Torrance, CA 90509-2730 |
| 14849768 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 28 2023 00:03:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15112130 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2023 00:13:58 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14797601 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:14:15 | Toys R US, PO Box 530938, Atlanta, GA 30353-0938 |
| 14797602 | ^ | MEBN | Oct 27 2023 23:58:15 | Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14866139 | + | Email/Text: mjoyce@triboro-fcu.org | Oct 28 2023 00:04:00 | Tri Boro Federal Credit Union, 600 East 8th Avenue, Munhall, PA 15120-1900 |
| 14824954 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2023 00:04:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14797604 | ^ | MEBN | Oct 27 2023 23:57:28 | UPMC, PO Box 371472, Pittsburgh, PA |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 86 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14797606 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 28 2023 00:04:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14867403 | | Email/Text: BNCnotices@dcmservices.com | Oct 28 2023 00:03:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14868866 | | Email/Text: BNCnotices@dcmservices.com | Oct 28 2023 00:03:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14797608 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 28 2023 00:04:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14869206 | | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2023 00:13:51 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14797609 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:13:55 | Walmart/Synchrony Bank, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14797610 | + | Email/Text: paparalegals@pandf.us | Oct 28 2023 00:04:00 | Walmart/Synchrony Bank, c/o Patenaude & Felix, APC, 501 Corporate Drive-Southpointe, Suite 205, Canonsburg, PA 15317-8584 |
| 14860697 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 28 2023 00:13:46 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 56

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bridgecrest Credit Co., LLC |
| cr | | MIDFIRST BANK |
| cr | | MidFirst BAnk |
| cr | | Pacific Union Financial, LLC |
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14797550 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14797560 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14797566 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797568 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797570 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797572 | *+ | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14797573 | *+ | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14797588 | * | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797587 | * | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797605 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14797612 | *+ | Washington Health System, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 14797552 | ##+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 14797594 | ##+ | PA Turnpike Commission, 7631 Derry Street, Harrisburg, PA 17111-5232 |

TOTAL: 5 Undeliverable, 16 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 86 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Christopher A. DeNardo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al logsecf@logs.com

Kenneth Steidl
on behalf of Joint Debtor Amanda M. Saller julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Lee D. Saller julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Scott Frankel
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com, logsecf@logs.com

Marilyn Le Lodico
on behalf of Creditor Tri Boro Federal Credit Union mlodico@sitkobruno.com

Marisa Myers Cohen
on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Robert Shearer
on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 13