| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lee D. Saller<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3971<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Amanda M. Saller<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5287<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  18–21112–JAD | | |

## Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lee D. Saller                                   Amanda M. Saller
                                                   aka Amanda M. Colucci

   12/12/23                                        **By the court:** Jeffery A. Deller
                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 18-21112-JAD |
|---|---|
| Lee D. Saller | Chapter 13 |
| Amanda M. Saller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 3180W | Total Noticed: 89 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee D. Saller, Amanda M. Saller, 80 Dutch Lane, Pittsburgh, PA 15236-4325 |
| sp | + | Craig L. Fishman, Shenderovich Shenderovich & Fishman, PC, 1100 Law & Finance Building, 429 Fourth Avenue, Pittsburgh, PA 15219-1500 |
| 14797548 | + | Allegheny Clinic, c/o Collection Service Center Inc., 106 North McKean Street, PO Box 1623, Butler, PA 16003-1623 |
| 14797551 | | Allied Interstate, 300 Corparate Exchange, Columbus, OH 43218 |
| 14797552 | + | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 14797553 | | Aspen Dental, P.O. Box 3126, Syracuse, NY 13220-3126 |
| 14797555 | + | Banfield Pet Hospital, 523 Clairton Blvd, Pittsburgh, PA 15236-3809 |
| 14797567 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 363 Vanadium Road, Suite 109, PO Box 13446, Pittsburgh, PA 15243 |
| 14797562 | | Childrens Express Care, 11279 Perry Highway, Suite 450, Wexford, PA 15090-9303 |
| 14797563 | | Citizens Bank Credit Card, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14797564 | + | Citizens Bank Credit Card, 1000 Lafayette Blvd, Bridgeport, CT 06604-4728 |
| 14797574 | + | Disney Movie Club, P.O. Box 738, Neenah, WI 54957-0738 |
| 14797575 | + | Dr. M. Mostourfizadefadeh, MD PC, PO Box 9078, Pittsburgh, PA 15224-0078 |
| 14797577 | | Greater Washington Radiology, PO Box 182504, Columbus, OH 43218-2504 |
| 14797579 | + | Jefferson Regional Medical Center, PO Box 18119, 565 Coal Valley Road, Pittsburgh, PA 15236-0119 |
| 14797580 | + | Legal Tax Services, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14797583 | + | Marjorie B. Leof, DMD, 55 Old Clairton Road, Suite 3, Pittsburgh, PA 15236-3904 |
| 14797584 | + | Med Express Urgent Care, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14797585 | + | Michael A. LeDonne DDS, PC, 545 E. Bruceton Road, Pittsburgh, PA 15236-4593 |
| 14797591 | + | Orkin, 90 W Chestnut Street, Suite 145UL, Washington, PA 15301-4549 |
| 14797593 | | PA Turnpike Commision, c/o Professional Account Management, LLC, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14797595 | | Pacific Union Financial, 8900 Freeport Pkwy Ste 150, Irving, TX 75063-2415 |
| 14865286 | + | Pennsylvania American Water, PO Box 790247, Alton, IL 63179-0247 |
| 14797596 | + | Peoples Natural Gas Company, 225 North Shore Drive, Suite 300, Pittsburgh, PA 15212-5861 |
| 14797597 | | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14797598 | + | South Pgh Anesthesia Assoc, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14797603 | + | Triboro FCU, 617 E. McMurray Road, Canonsburg, PA 15317-3497 |
| 14797607 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14797614 | + | WHS Lakeside Primary Care, PO Box 855, Washington, PA 15301-0855 |
| 14797611 | + | Washington Health System, PO Box 16243, Pittsburgh, PA 15242-0243 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 13 2023 04:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 13 2023 04:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 00:09:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: mjoyce@triboro-fcu.org | Dec 13 2023 00:10:00 | Tri Boro Federal Credit Union, 600 E. 8th Avenue, Munhall, PA 15120-1900 |
| 14797547 | + | Email/Text: bncnotifications@pheaa.org | Dec 13 2023 00:09:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14797549 | ^ | MEBN | Dec 13 2023 00:00:24 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14797554 | + | Email/Text: bk@avant.com | Dec 13 2023 00:10:00 | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15012826 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 13 2023 00:10:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15012827 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 13 2023 00:10:00 | Bridgecrest, 7300 East Hampton Avenue, Mesa, AZ 85209-3324 |
| 15031637 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 13 2023 00:10:00 | Bridgecrest Credit Company,LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14797559 | ^ | MEBN | Dec 12 2023 23:59:23 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14797558 | | EDI: CBCSI.COM | Dec 13 2023 04:56:00 | CBCS, PO Box 164059, Columbus, OH 43216-4059 |
| 14797556 | | EDI: CAPITALONE.COM | Dec 13 2023 04:56:00 | Capital One Bank*, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14797557 | | EDI: SYNC | Dec 13 2023 04:56:00 | Care Credit/Synchrony Bank, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15031638 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 13 2023 00:10:00 | Carvana, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14797565 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 13 2023 00:10:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797569 | ^ | MEBN | Dec 12 2023 23:59:04 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14797571 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 13 2023 00:10:00 | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14797581 | | EDI: CITICORP | Dec 13 2023 04:56:00 | Macys, PO Box 8053, Attn: Bankruptcy, Mason, OH 45040 |
| 14797576 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2023 00:10:00 | Duquesne Light, 411 Seventh Avenue MD 6-1, Pittsburgh, PA 15219-1942 |
| 14873550 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2023 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14999501 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 13 2023 00:09:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14797578 | | EDI: CITICORP | Dec 13 2023 04:56:00 | Home Depot, c/o Home Depot Credit Services, PO |

Case 18-21112-JAD    Doc 147    Filed 12/14/23    Entered 12/15/23 00:29:34    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 3180W | Total Noticed: 89 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 9001010, Louisville, KY 40290-1010 |
| 14797561 | | EDI: JPMORGANCHASE | Dec 13 2023 04:56:00 | Chase Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 14875598 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:16:34 | LVNV Funding, LLC its successors and assigns as, assignee of Avant Loans Funding Grantor, Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14870241 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:16:19 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797582 | | Email/Text: mediamanagers@clientservices.com | Dec 13 2023 00:08:00 | Macys, c/o Client Services, 3451 Harry Truman Blvd, Saint Charles, MO 63301-4047 |
| 15165727 | + | EDI: AISMIDFIRST | Dec 13 2023 04:56:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14876010 | | EDI: NAVIENTFKASMSERV.COM | Dec 13 2023 04:56:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14797589 | + | Email/Text: egssupportservices@alorica.com | Dec 13 2023 00:10:00 | NCO Financial, 5 Penn Center West, Suite 100, Pittsburgh, PA 15276-0126 |
| 15026155 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 00:09:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14797586 | | EDI: NAVIENTFKASMSERV.COM | Dec 13 2023 04:56:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797590 | | Email/Text: electronicbkydocs@nelnet.net | Dec 13 2023 00:10:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14797592 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 13 2023 00:10:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14850923 | + | Email/Text: bncnotifications@pheaa.org | Dec 13 2023 00:09:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14857689 | | EDI: PRA.COM | Dec 13 2023 04:56:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14797824 | + | EDI: RECOVERYCORP.COM | Dec 13 2023 04:56:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14875612 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:15:50 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14877222 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 00:09:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14825152 | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2023 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14797599 | | Email/Text: amieg@stcol.com | Dec 13 2023 00:08:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14876618 | + | EDI: AIS.COM | Dec 13 2023 04:56:00 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14797600 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 13 2023 00:09:00 | Toyota Financial Services, PO Box 2730, Mail Stop WF22, Torrance, CA 90509-2730 |
| 14849768 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 13 2023 00:09:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15112130 | | Email/PDF: bncnotices@becket-lee.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2023 00:16:26 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14797601 | | EDI: SYNC | Dec 13 2023 04:56:00 | Toys R US, PO Box 530938, Atlanta, GA 30353-0938 |
| 14797602 | ^ | MEBN | Dec 13 2023 00:00:22 | Transworld Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14866139 | + | Email/Text: mjoyce@triboro-fcu.org | Dec 13 2023 00:10:00 | Tri Boro Federal Credit Union, 600 East 8th Avenue, Munhall, PA 15120-1900 |
| 14824954 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 13 2023 00:10:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14797604 | ^ | MEBN | Dec 13 2023 00:00:20 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14797606 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 13 2023 00:10:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14867403 | | Email/Text: BNCnotices@dcmservices.com | Dec 13 2023 00:09:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14868866 | | Email/Text: BNCnotices@dcmservices.com | Dec 13 2023 00:09:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14797608 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 13 2023 00:10:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14869206 | | EDI: AIS.COM | Dec 13 2023 04:56:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14797609 | | EDI: SYNC | Dec 13 2023 04:56:00 | Walmart/Synchrony Bank, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 14797610 | + | Email/Text: paparalegals@pandf.us | Dec 13 2023 00:10:00 | Walmart/Synchrony Bank, c/o Patenaude & Felix, APC, 501 Corporate Drive-Southpointe, Suite 205, Canonsburg, PA 15317-8584 |
| 14797613 | | EDI: WFFC | Dec 13 2023 04:56:00 | Wells Fargo Bank N.A., PO Box 660553, Dallas, TX 75266-0553 |
| 14860697 | | EDI: WFFC2 | Dec 13 2023 04:56:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bridgecrest Credit Co., LLC |
| cr | | MIDFIRST BANK |
| cr | | MidFirst BAnk |
| cr | | Pacific Union Financial, LLC |
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14797550 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14797560 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14797566 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797568 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797570 | *+ | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14797572 | *+ | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14797573 | *+ | Credit Management Co, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 6 |
| Date Rcvd: Dec 12, 2023 | Form ID: 3180W | Total Noticed: 89 |

| | | |
|---|---|---|
| 14797588 | * | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797587 | * | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14797605 | *+ | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14797612 | *+ | Washington Health System, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 14797594 | ##+ | PA Turnpike Commission, 7631 Derry Street, Harrisburg, PA 17111-5232 |

TOTAL: 5 Undeliverable, 16 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al logsecf@logs.com |
| Kenneth Steidl | on behalf of Joint Debtor Amanda M. Saller julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Lee D. Saller julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com, logsecf@logs.com |
| Marilyn Le Lodico | on behalf of Creditor Tri Boro Federal Credit Union mlodico@sitkobruno.com |
| Marisa Myers Cohen | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Raymond M Kempinski | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 6 of 6
Date Rcvd: Dec 12, 2023 | Form ID: 3180W | Total Noticed: 89

S. James Wallace            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 14